| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hacker, James S. | 2. Court or Organization<br><br>United States Courts, Southern District of Texas | 3. Date of Report<br><br>06/24/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>1701 W. Business Hwy 83, Suite 811<br>McAllen, Texas 78501 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hacker, James S. | 06/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hacker, James S. | 06/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hacker, James S. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas District\County Retirement Account | A | Interest | J | T | | | | | |
| 2. IBC Bank Acct. #1 | A | Interest | K | T | | | | | |
| 3. IBC Bank Acct. #2 | | None | J | T | | | | | |
| 4. Security Services Federal Credit Union, Savings Acct. #1 (Y) | | | | | | | | | |
| 5. Royalty Interest, Gregg County, Texas (Trivium Operating) | A | Royalty | J | W | | | | | |
| 6. Royalty Interest, Panola County, Texas (Sojitz and Tanos Explor) | A | Royalty | K | W | | | | | |
| 7. Royalty Interest, Claiborne Parrish, LA (D&S Oil and Gas) | A | Royalty | J | W | | | | | |
| 8. Royality Interest, Freestone County, Texas | | None | J | W | | | | | |
| 9. Royalty Interest, Rusk County, Texas (Sabine Oil and Gas) | C | Royalty | K | W | | | | | |
| 10. Brokerage Account #1 (H) | | | | | | | | | |
| 11. Scottrade Money Balance/TD Ameritrade Acct. (Y) | | | | | | | | | |
| 12. Texas Tuition Promise Fund (age based account #1) | | None | L | T | | | | | |
| 13. Texas Tuition Promise Fund (age based account #2) | | None | K | T | | | | | |
| 14. Texas Tuition Promise Fund (age based account #3) | | None | K | T | | | | | |
| 15. Texas Tuition Promise Fund (age based account #4) | | None | K | T | | | | | |
| 16. Texas Tuition Promise Fund (age based account #5) | | None | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hacker, James S. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Texas College Savings Plan (529 account #1) (H) | | | | | | | | | |
| 19. Blended 100% Equity portfolio | None | | J | T | | | | | |
| 20. Blended Age Based 7-9 years portfolio | None | | J | T | | | | | |
| 21. Index 100% Equity portfolio | None | | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Texas College Savings Plan (529 account #2)(H) | | | | | | | | | |
| 24. Blended 100% Equity portfolio | None | | J | T | | | | | |
| 25. Blended Age Based 0-6 years portfolio | None | | | | Sold | 06/08/18 | J | | |
| 26. Blended Age Based 7-9 years portfolio | None | | J | T | Buy | 06/08/18 | J | | |
| 27. Index 100% Equity portfolio | None | | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Texas College Savings Plan (529 account #3)(H) | | | | | | | | | |
| 30. Blended 100% Equity portfolio | None | | J | T | | | | | |
| 31. Blended Age Based 0-6 years portfolio | None | | J | T | | | | | |
| 32. Index 100% Equity portfolio | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hacker, James S. | 06/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Texas College Savings Plan (529 account #1: Blended 100% Equity portfolio, Blended Age Based 7-9 portfolio, and Blended 100% Equity Portfolio). The statements for the 529 account only reflect a "change in market value." There were no contributions to this account in 2018.

Texas College Savings Plan (529 account #2: Blended 100% Equity portfolio, Blended Age Based 7-9 portfolio, and Blended 100% Equity Portfolio). The statements for the 529 account only reflect a "change in market value." There were no contributions to this account in 2018.

Texas College Savings Plan (529 account #3: Blended 100% Equity portfolio, Blended Age Based 0-6 portfolio, and Blended 100% Equity Portfolio). The statements for the 529 account only reflect a "change in market value." There were no contributions to this account in 2018.

In part VII, number 6, Soljitz Energy sold out to Tanos Exploration.

In part VII, numbers 4 and 11, these are two accounts that no longer need to be reported because each account only has a nominal cash balance.

In part VII, number 11, my Scottrade Acct. now reflects that it is a TD Ameritrade Acct. It seems that one company (Scottrade) was bought by another company (TD Ameritrade).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hacker, James S. | 06/24/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Hacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544